UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ROOFERS LOCAL 149 PENSION FUND**, <br>                    Plaintiff, <br><br> vs. <br><br> **KAIJA MENYON PACK**, and **DIANA PERRY**, <br>                    Defendants. | 2:19- cv-10628 <br><br> HON. TERRENCE G. BERG <br> HON. ANTHONY P. PATTI |

# JUDGMENT

In accordance with the Opinion and Order adopting in part and modifying in part Magistrate Judge Anthony P. Patti's December 23, 2020 Report and Recommendation (ECF No. 36);

It is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Attorney Fees (ECF No. 31) be **GRANTED IN PART** and **DENIED IN PART** and Plaintiff is awarded $1,147.80 in attorney fees and costs against the Pension Fund benefits awarded to Defendant Pack.

Dated at Detroit, Michigan:  March 26, 2021

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        s/A. Chubb
                                        Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE